| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE:  1/6/2025<br>TIME:  10:30 am |

CASE:  **CV 23-7053(JMA) Ventura et al v. MCC Concrete Corp. et al**

TYPE OF CONFERENCE:  MOTION          FTR: 10:25-10:31

APPEARANCES:
　　　For Plaintiff:   Victoria Spagnola

　　　For Defendant: Louis Chisari

**THE FOLLOWING RULINGS WERE MADE:**

☒　ORDER:  Motion hearing held.  Plaintiffs' motion to compel, DE [19], is granted as follows:  Rule 26 disclosures, and all supplemental discovery, will be served by Defendants on January 20, 2025.  Defendants are directed to pay Plaintiff's counsel $600 to cover the cost of the letter motion to compel, necessitated by Defendants' repeated failures to respond to properly served discovery requests.  All depositions will be completed by March 7, 2025.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

　　　3/19/25 at 10:45 am          : Status conference

　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　/s/Steven I. Locke
　　　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　　　United States Magistrate Judge